**No. 40985.**—Protest 604905–G of Wheeler & Miller (San Francisco).

Opinion by Evans, J. It was stipulated that the savory leaves in question are similar to those involved in Abstract 37783 and that the rosemary leaves are dried and used as a flavoring in fruit stuffs. The claim for free entry under paragraph 1722 was sustained.

**No. 40986.**—Protest 829237–G of Nippon Sauce Mfg. Co. (Los Angeles).

Opinion by Evans, J. It now appears from the record that soyament is not used in cooking but solely in the manufacture of shoyu or Worcestershire sauce. *Neuman v. United States* (24 C. C. P. A. 127, T. D. 48606) distinguished. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 40987.**—Protests 882579–G, etc., of Agfa Ansco Corp. et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MARCH 28, 1939

**No. 40988.**—▉▉▉▉▉▉—Protest 922791–G of Wing Duck Co. C. D. 97. Motion of Government for rehearing granted. Brown, J., dissented.

MARCH 31, 1939

**No. 40989.**—▉▉▉▉▉▉▉—Protest 785954–G of Minomoto Trading Co. Abstract 40742. Plaintiff's application for rehearing denied.

APRIL 1, 1939

**No. 40990.**—▉▉▉▉▉—Protest 947980–G of Charlotte Manufacturing Co. Abstract 40685. Plaintiff's application for rehearing granted.

APRIL 3, 1939

**No. 40991.**—▉▉▉▉▉—Protest 711515–G of Bullocks, Inc. C. D. 119. Plaintiff's application for rehearing denied.

BEFORE THE THIRD DIVISION, APRIL 4, 1939

**No. 40992.**—Protests 949883–G, etc., of Premier Co., Inc. (New York).

Opinion by Cline, J. No evidence was offered in support of the claims made. The protests were therefore overruled.